1  Briana M. Kim, Bar No. 255966
   briana@brianakim.com
2  BRIANA KIM, PC
   249 East Ocean Boulevard, Suite 814
3  Long Beach, California 90802
   Telephone:  714.482.6301
4  Fax No.:    714.482.6302

5  Karine Karadjian, Bar No. 283656
   karine@kelawfirm.com
6  KARINE KARADJIAN, PC
   14640 Victory Boulevard, Suite 221
7  Van Nuys, California 91411
   Telephone:  323.426.8300
8  Fax No.:    323.454.2933

9  Attorneys for Plaintiff
   NICHOLAS SANTORE
10

11 Janel R. Ablon, Bar No. 198678
   jablon@littler.com
   Alan Sims, Bar No. 328346
12 alsims@littler.com
   LITTLER MENDELSON, P.C.
13 2049 Century Park East, Suite 500
   Los Angeles, California 90067
14 Telephone:  310.553.0308
   Fax No.:    310.553.5583
15
   Attorneys for RA SUSHI CORONA CORP., and
16 BENIHANA NATIONAL CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NICHOLAS SANTORE, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RA SUSHI CORONA CORP. (BENIHANA), A DELAWARE CORPORATION; BENIHANA NATIONAL CORP., A DELAWARE CORPORATION; and Does 1 through 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-01390 SSS (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 2, 2022<br><br>**NOTE CHANGE MADE BY COURT** |

Based on the Joint Stipulation filed concurrently herewith and good cause appearing, **IT IS HEREBY ORDEREED** that the case *Nicholas Santore v. RA Sushi Corona (Benihana), et al.,* Case No. 5:22-cv-01390 SSS (SHKx) is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are further vacated, and no further proceedings shall take place.

Furthermore, the stay is hereby **LIFTED**.

**IT IS SO ORDERED.**

DATED: November 8, 2024

HON. SUNSHINE S. SYKES
United States District Judge

4882-7711-5892.1 / 062447-1182

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1